UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2025 MAY 20 P 3: 21

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN S. SCHROEDER,

    Defendant.

Case No. 25-CR-**25-CR-103**

[18 U.S.C. § 2251(a)]

**Green Bay Division**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 23, 2023, in the State and Eastern District of Wisconsin and elsewhere,

**RYAN S. SCHROEDER**

knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe A, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

    In violation of Title 18, United States Code, Section 2251(a).

Case 1:25-cr-00103-BBC     Filed 05/20/25     Page 1 of 3     Document 1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 16, 2023, in the State and Eastern District of Wisconsin and elsewhere,

## RYAN S. SCHROEDER

knowingly employed, used, persuaded, induced, enticed, and coerced Jane Doe A, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE NOTICE

Upon conviction of either count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offense.

A TRUE BILL:

███████████████
Dated: 5/20/2025

_____
RICHARD G. FROHLING
Acting United States Attorney

3