# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

**RYAN S. SCHROEDER**

**TELEPHONE STATUS CONFERENCE**
**(Counsel Only)**

Case No. 25-CR-103

| | |
|---|---|
| HONORABLE BYRON B. CONWAY, presiding | Time Called: 9:34 a.m. |
| Proceeding Held: February 3, 2026 | Time Concluded: 9:44 a.m. |
| Deputy Clerk: Joleen | Tape: Zoom 020326 |

**Appearances:**

UNITED STATES OF AMERICA by: Daniel Humble

RYAN S. SCHROEDER by: Jason Luczak

Mr. Luczak indicates that the parties are working towards a global resolution between the federal case and the state case. He makes an argument in support of his motion to adjourn the jury trial, and notes he is waiting for an offer.

Mr. Humble indicates he has met with the victims and the victims' families. He has drafted a plea agreement, has sent it to the state prosecutor, and is waiting to hear back. There is a second known victim in the state case that may prevent the state prosecutor from dismissing their case.

Mr. Humble indicates that he will do everything he can to make sure Mr. Luczak has the plea agreement within the next day or two.

The court denies the motion to adjourn the jury trial. If communication falls through, the parties may refile the motion to adjourn.