# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CHANGE OF PLEA HEARING** |
| v. | |
| **RYAN S. SCHROEDER** | Case No. 25-CR-103 |

HONORABLE BYRON B. CONWAY, presiding  Time Called: 1:36 p.m.
Proceeding Held: March 4, 2026   Time Concluded: 1:56 p.m.
Deputy Clerk: Joleen    Tape: 030426

**Appearances:**

UNITED STATES OF AMERICA by:   Daniel Humble

RYAN S. SCHROEDER by:    Jason Luczak

US PROBATION OFFICE by:    Amy Kosmoski

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage
- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☐ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count 1 of the indictment;
- ☒ CHARGE: 18:2251(a) Production of Child Pornography;
- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea;
- ☒ Defendant adjudged guilty; ☒ PSR ordered; ☒ FPT and JT dates removed from the court's calendar;
- ☒ Sentencing set for: June 16, 2026 at 1:30 p.m.

- ☐ Detention continued; or ☒ Federal detainer continued
- ☐ Bond continued: ☐ as previously set, or ☐ as modified: