UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.                                              Case No. 25-CR-103

RYAN S SCHROEDER,

                              Defendant.

**IN THE MATTER OF THE APPLICATION AND ORDER FOR
A WRIT OF HABEAS CORPUS FOR PROSECUTION**

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Manitowoc County Jail, for the following judicial proceeding:

Defendant:    RYAN S SCHROEDER, DOB: xx/xx/1988
Proceeding:   Sentencing
Date/Time:    06/16/2026, at 1:30pm
Before:       United States District Judge Byron B. Conway
              125 S. Jefferson Street, Room 201
              Green Bay, Wisconsin

Respectfully submitted this 2nd day of June, 2026.

                              *s/ Daniel R. Humble*
                              DANIEL R. HUMBLE
                              Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Green Bay, Wisconsin, this 2nd day of June, 2026.

                              _____
                              HON. TIFFANY E. WOELFEL
                              United States Magistrate Judge