UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

     *Plaintiff*,

     *v.*                                   Case No. 25-cr-103

RYAN SCHROEDER,

     *Defendant*.

---

## DEFENDANT'S MOTION TO SEAL
## OBJECTIONS AND CORRECTIONS TO PSR

---

Defendant Ryan William Schroeder, by his counsel Jason D. Luczak of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court, the Honorable Byron B. Conway presiding, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the Defendant's Objections and Corrections to the PSR filed on June 2, 2026, in the captioned matter until further notice of this court.

In support, Mr. Schroeder asserts the following:

1. The Presentence Report is a confidential document to be reviewed only by the counsel for the government, counsel for the defendant, and the defendant.

For these reasons, the defense respectfully requests that the court seal the defendant's corrections and objections to the PSR.

Dated this 2nd day of June, 2026.

1

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: *Electronically signed by Jason D. Luczak*
    JASON D. LUCZAK
    State Bar No. 1070883
    Email:  jluczak@grgblaw.com
Attorney for Defendant


POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone:  414/271-1440

2