UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

     *Plaintiff,*

     *v.*                             Case No. 25-cr-103

RYAN SCHROEDER,

     *Defendant.*

---

## DEFENDANT'S MOTION TO MOVE TIME OF SENTENCING

---

Defendant Ryan William Schroeder, by his counsel Jason D. Luczak of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court, the Honorable Byron B. Conway presiding, for an order moving the time of his sentencing hearing on June 16, 2026, from 1:30 PM to an earlier time on the same date, 12:45 PM or 1:00 PM if either time is available to ensure that there sufficient time for each person who would like to be heard to fully address the court and to complete the hearing, and also allow for travel time for undersigned counsel to attend to additional professional commitments that cannot be rescheduled in the late afternoon/early evening.

Undersigned counsel has discussed this request with the Government, which has no objection to moving up the time of the hearing.

1

Undersigned counsel believes there is good cause to grant this motion. As such,

Mr. Schroeder respectfully requests that the sentencing hearing scheduled to begin at 1:30

PM on June 16, 2026, be moved to an earlier time on the same date.

Dated this 3rd day of June, 2026.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: *Electronically signed by Jason D. Luczak*
    JASON D. LUCZAK
    State Bar No. 1070883
    Email: jluczak@grgblaw.com
Attorney for Defendant

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440