# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

**v.**

**RYAN S. SCHROEDER**

**SENTENCING MINUTES**

**Case No. 25-CR-103**

---

HONORABLE BYRON B. CONWAY, presiding
Proceeding Held:  June 16, 2026
Deputy Clerk:  Joleen

Time Called:  1:10 p.m.
Time Concluded:  3:18 p.m.
Tape:  061626

**Appearances:**

UNITED STATES OF AMERICA by:          Daniel Humble

RYAN S. SCHROEDER by:          Jason Luczak

US PROBATION OFFICE by:          Amy Kosmoski

---

☐  The parties have no objections to the factual statements in the PSR.
☒  The parties have no objections to the application of the guidelines in the PSR.
☒  Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant: Tangential information
☐  Objections/corrections to application of guidelines in PSR by ☐ Plaintiff ☐ Defendant: _____

☒  Court adopts the factual statements and guideline application as set forth in the PSR.
☐  Court adopts the factual statements and guideline application with the following changes: _____

---

☒  Government presents sentencing argument: 336 months.
☒  Defendant presents sentencing argument: 17 years.
☒  Defendant exercises right of allocution.
☒  Court imposes sentence *(see page 2)*.
☒  Government dismisses remaining count(s).
☒  Defendant advised of appeal rights.

---

The court adjourns at 1:13 p.m. to review documents in support of defendant provided by defense.
The court resumes at 1:30 p.m.

The court hears victim statements.

**SENTENCE IMPOSED:**

**Imprisonment:**   Ct. 1: 336 months with credit for time served

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
**TOTAL TERM OF IMPRISONMENT IMPOSED:  336 months.**

☒ This term of imprisonment is to be served (☒ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant will serve; specifically, Manitowoc County Circuit Court case number 25CF250. This sentence begins on June 16, 2026.

**Probation:**

**Supervised Release:**  Ct. 1: Life

☐  Supervised release term for each count to be served concurrently for a total term of _____ years.

**MONETARY PENALTIES**

**Special Assessment:**  $ 100.00_____   due immediately

**Fine:**   $_____   ☒ fine waived

**Restitution:**   $ 8,812.68_____   ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐  All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐  The court recommends the defendant's placement at _____.
☐  The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐  Other: _____.

**CUSTODY**

☒  Defendant is remanded to the custody of the U.S. Marshal Service.
☐  Defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

## CONDITIONS OF SUPERVISED RELEASE/PROBATION

☒ Defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ Defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.

☐ Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.

☐ Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ Court adopts the rationale for said conditions of supervision as set forth in the presentence investigation report.

The government requests the defendant have no contact with the victims while serving his prison sentence.

**The court grants the request and orders no contact with the victims while serving his prison sentence.**