UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-CR-103

RYAN S. SCHROEDER,

Defendant.

## ORDER

At the close of the sentencing hearing, the court commented that the defendant would receive credit for the time he spent in custody while this case was pending. The court mistakenly believed that the defendant had been in federal custody since his arrest. Pretrial Services later informed the court that the defendant was actually in state custody for parallel state charges, subject to a federal detainer. This makes it unlikely that the Bureau of Prisons (BOP) will credit that prior custody against his federal sentence. *See* 18 U.S.C. § 3585(b).

The parties' state plea agreement calls for the defendant's state sentence to run concurrently to the federal sentence. Under state law, he will receive credit on that sentence for time he spent in state custody. *See* Wis. Stat. § 973.155. And so, if the state court sentences him to the joint recommendation of 15 years on the state charges to be served concurrent to the federal sentence, he will receive sentence credit

for the roughly one-year he spent in state custody. Because the state time is credited against another sentence, the BOP will not credit the time against his federal sentence. 18 U.S.C. § 3585(b). The net result will be for the defendant to spend more than 29 years in custody, when it was the court's intention that he spend no more than 28 years in custody.

Because the underlying state crimes are relevant conduct to the instant offense (*see, e.g.*, ECF No. 38, ¶ 35 (citing USSG § 2G2.1(b)(2)(A)), USSG § 5G1.3(b) applies. As stated at the sentencing hearing, the court determines that the total appropriate punishment is 336 months. Pursuant to USSG § 5G1.3(b), the sentence is adjusted downward to 322 months to account for the 14 months the defendant spent in state confinement from April 16, 2025, to June 16, 2026, regarding Manitowoc County Circuit Court case number 2025CF000250 that will not otherwise be credited by the Bureau of Prisons. This court's sentence is to be served concurrent with Manitowoc County Circuit Court case number 2025CF000250. *See* USSG § 5G1.3(c); *Setser v. United States*, 566 U.S. 231, 236-37 (2012).

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 23rd day of June, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge
