UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          *Plaintiff,*          Case No.  25-cr-103

  vs.

RYAN S. SCHROEDER,

          *Defendant.*

---

## NOTICE OF APPEAL

---

Notice is hereby given, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(i), that defendant Ryan S. Schroeder appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of conviction and sentence entered on June 24, 2026, in the United States District Court for the Eastern District of Wisconsin, the Honorable Byron B. Conway presiding.

Dated this 1st day of July, 2026.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By:
   */s/ Jason D. Luczak*
   JASON D. LUCZAK
   State Bar No. 1070883
   Email:  jluczak@grgblaw.com
Attorneys for Defendant

POST OFFICE ADDRESS:
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone:  414/271-1440

2