UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

GREEN BAY DIVISION

UNITED STATES OF AMERICA,

          *Plaintiff,*          Case No.  25-cr-103

    vs.

RYAN S. SCHROEDER,          **DOCKETING STATEMENT**

          *Defendant.*

## I.     JURISDICTION OF THE DISTRICT COURT

The District Court had jurisdiction as a criminal action arising under the laws of the United States pursuant to 18 U.S.C. § 2251(a).

## II.     JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final judgment of the U.S. District Court for the Eastern District of Wisconsin, Green Bay Division, entered on June 24, 2026, by the Honorable Byron B Conway. (Dkt. 43). The United States Court of Appeals has jurisdiction to decide this case pursuant to 18 U.S.C. § 3742(a), 28 U.S.C. § 1291, Federal Rule of Criminal Procedure 11(a)(2), and Federal Rule of Appellate Procedure 4(b).

The Notice of Appeal was filed with the District Court on this 1st day of July, 2026.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2026.

          Respectfully submitted,

          GIMBEL, REILLY, GUERIN & BROWN LLP

1

By:

    */s/ Jason D. Luczak*
    JASON D. LUCZAK
    State Bar No. 1070883
    Email:  jluczak@grgblaw.com
Attorneys for Defendant


POST OFFICE ADDRESS:
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone:  414/271-1440