# United States District Court
# Eastern District of Wisconsin (Green Bay)
# CRIMINAL DOCKET FOR CASE #: 1:25−cr−00103−BBC−1

Case title: USA v. Schroeder

Date Filed: 05/20/2025

Date Terminated: 06/24/2026

Assigned to: Judge Byron B Conway

**Defendant (1)**

**Ryan S Schroeder**
Manitowoc County Jail
1025 S 9th St
Manitowoc, WI 54220
*State Custody*
*TERMINATED: 06/24/2026*

represented by **Jason D Luczak**
Gimbel Reilly Guerin & Brown LLP
330 E Kilbourn Ave − Ste 1170
Milwaukee, WI 53202
414−271−1440
Fax: 414−271−7680
Email: jluczak@grgblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(a) Production of Child Pornography (1) | SENT: 322 months to run concurrent with Manitowoc County Case No. 25CF250; SR: Life; SA: $100; REST: $8,812.68 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2251(a) Production of Child Pornography (2) | Dismissed upon the motion of the government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Daniel R Humble**
United States Department of Justice (ED−WI)
Office of the US Attorney
205 Doty St − Ste 301
Green Bay, WI 54301
920−884−1066
Fax: 920−884−2997
Email: Daniel.Humble@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2026 | 47 | Attorney Cover Letter re: 45 Notice of Appeal. (kwf) |
| 07/01/2026 | 46 | DOCKETING STATEMENT by Ryan S Schroeder re 45 Notice of Appeal (Luczak, Jason) |
| 07/01/2026 | 45 | NOTICE OF APPEAL by Ryan S Schroeder as to 43 Judgment, Filing Fee PAID $605, receipt number AWIEDC−5290114. (Luczak, Jason) |
| 06/24/2026 | 44 | STATEMENT OF REASONS signed by Judge Byron B Conway on 6/24/2026 (Restricted) as to Ryan S Schroeder (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other appropriate means.) (cc: all counsel) (jmk) |
| 06/24/2026 | 43 | JUDGMENT as to Ryan S Schroeder (1) signed by Judge Byron B Conway on 6/24/2026: Count 1, SENT: 322 months to run concurrent with Manitowoc County Case No. 25CF250; SR: Life; SA: $100; REST: $8,812.68; Count 2, Dismissed upon the motion of the government. Conditions of Supervised Release imposed. SEE Judgment for additional details. (cc: all counsel) (jmk) |
| 06/23/2026 | 42 | ORDER as to Ryan S Schroeder signed by Judge Byron B Conway on 6/23/2026. Pursuant to USSG § 5G1.3(b), the sentence is adjusted downward to 322 months to account for the 14 months the defendant spent in state confinement from April 16, 2025, to June 16, 2026, regarding Manitowoc County Circuit Court case number 2025CF000250 that will not otherwise be credited by the Bureau of Prisons. This court's sentence is to be served concurrent with Manitowoc County Circuit Court case number 2025CF000250. (cc: all counsel) (jmk) |
| 06/16/2026 | 41 | Minute Entry for proceedings held before Judge Byron B Conway: Sentencing held on 6/16/2026 for Ryan S Schroeder (1), Count 1, SENT: 336 months to run concurrent with Manitowoc County Case No. 25CF250; SR: Life: SA: $100; REST: $8,812.68; Count 2, Dismissed upon the motion of the government. Conditions of Supervised Release imposed. SEE Judgment for additional details. (Tape #061626) (jmk) (Entered: 06/17/2026) |
| 06/15/2026 | 40 | SECOND ADDENDUM to PRESENTENCE INVESTIGATION REPORT (Restricted) as to Ryan S Schroeder (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other |

| | | |
|---|---|---|
| | | appropriate means. Counsel for the defendant is required to provide a copy of this document to the defendant.) (jlm) |
| 06/10/2026 | 39 | SENTENCING RECOMMENDATION (Sealed − for Judge only) filed by US Probation Office as to Ryan S Schroeder (jlm) |
| 06/10/2026 | 38 | REVISED PRESENTENCE INVESTIGATION REPORT (Restricted) as to Ryan S Schroeder filed by the US Probation Office. (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other appropriate means. Counsel for the defendant is required to provide a copy of this document to the defendant.) (Attachments: # 1 Addendum)(jlm) |
| 06/04/2026 | | NOTICE OF RESCHEDULED HEARING as to Ryan S Schroeder. The Sentencing set for 6/16/2026 01:30 PM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway is RESCHEDULED for 6/16/2026 at 1:00 PM. (cc: all counsel) (jmk) |
| 06/04/2026 | 37 | TEXT ONLY ORDER signed by Judge Byron B Conway on 6/4/2026 GRANTING 36 Motion to Modify Time of Sentencing Hearing as to Ryan S Schroeder (1). The Sentencing Hearing is rescheduled for 6/16/2026 at 01:00 PM before Judge Byron B Conway. (cc: all counsel) (jmk) |
| 06/03/2026 | 36 | Unopposed MOTION to Modify *Time of Sentencing Hearing* by Ryan S Schroeder.(Luczak, Jason) |
| 06/03/2026 | 35 | TEXT ONLY ORDER signed by District Judge Byron B Conway on 6/3/2026: The defendant's motion to seal PSR objections (ECF No. 33 ) is GRANTED. (cc: all counsel) (jmk) |
| 06/02/2026 | 34 | SEALED DOCUMENT This document is not available electronically and must be served in paper format upon opposing counsel. |
| 06/02/2026 | 33 | MOTION to Seal Document *Defendant's Objections and Corrections to PSR* by Ryan S Schroeder.(Luczak, Jason) |
| 06/02/2026 | 32 | ORDER with APPLICATION for Writ of Habeas Corpus for Prosecution as to Ryan S Schroeder signed by Magistrate Judge Tiffany E Woelfel on 6/2/2026. Attached Writ Issued. (Attachments: # 1 Writ Issued) (cc: all counsel) (jm) |
| 03/27/2026 | 31 | TRANSCRIPT of Change of Plea Hearing as to Ryan S Schroeder held on March 4, 2026, before Judge Byron B. Conway. Court Reporter/Transcriber Jennifer Stake, Contact at 414−290−2640. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 4/20/2026. Redacted Transcript Deadline set for 4/30/2026. Release of Transcript Restriction set for 6/29/2026. (Stake, Jennifer) |
| 03/05/2026 | | NOTICE OF HEARING as to Ryan S Schroeder. Sentencing set for 6/16/2026 at 01:30 PM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway. (cc: all counsel) (jmk) |
| 03/04/2026 | 30 | Minute Entry for proceedings held before Judge Byron B Conway: Change of Plea Hearing as to Ryan S Schroeder held on 3/4/2026. Plea entered by Ryan S Schroeder |

| | | |
|---|---|---|
| | | (1) Guilty Count 1. Sentencing set for 6/16/2026 at 01:30 PM before Judge Byron B Conway. (Tape #030426) (jmk) (Entered: 03/05/2026) |
| 03/04/2026 | | NOTICE OF CONVERTED HEARING as to Ryan S Schroeder. The Final Pretrial Conference set for 3/4/2026 at 01:30 PM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway is CONVERTED to a Change of Plea Hearing. (cc: all counsel) (jmk) |
| 03/03/2026 | 29 | PLEA AGREEMENT as to Ryan S Schroeder (Attachments: # 1 ADA Letter)(Humble, Daniel) |
| 02/25/2026 | 28 | ORDER with APPLICATION for Writ of Habeas Corpus for Prosecution as to Ryan S Schroeder signed by Magistrate Judge Tiffany E Woelfel on 2/25/2026; Attached Writ Issued. (Attachments: # 1 Writ) (cc: all counsel) (kwf) |
| 02/03/2026 | 27 | Minute Entry for proceedings held before Judge Byron B Conway: Counsel Only Telephone Status Conference as to Ryan S Schroeder held on 2/3/2026 DENYING 26 Motion to Adjourn as to Ryan S Schroeder (1). (Tape #Zoom 020326.) (jmk) |
| 02/02/2026 | 26 | Unopposed MOTION to Adjourn *Jury Trial* by Ryan S Schroeder.(Luczak, Jason) |
| 01/06/2026 | 25 | TEXT ONLY ORDER as to Ryan S Schroeder signed by Judge Byron B Conway on 1/6/2026. The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. The period from January 6, 2026 until March 23, 2026 is excluded under the Speedy Trial Act. (cc: all counsel) (jmk) |
| 01/06/2026 | | NOTICE OF HEARING as to Ryan S Schroeder. Counsel Only Telephone Status Conference set for 2/3/2026 at 09:30 AM by Telephone before Judge Byron B Conway. Final Pretrial Conference set for 3/4/2026 at 01:30 PM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway. Jury Trial set for 3/23/2026 at 08:30 AM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway. The parties shall call the court Zoom telephone conference line at **669−254−5252**, use **Meeting ID: 161 6681 4793**, press # to bypass Participant ID, and enter **Passcode: 369231** to join the call. To ensure a clear record of the hearing, participants should not use a speaker phone. Participants shall call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. If you have any questions, please contact the Clerk at 920−301−4316. (cc: all counsel) (jmk) |
| 01/06/2026 | | DOCKET ANNOTATION as to Ryan S Schroeder from the clerk: After a discussion with counsel regarding scheduling, the hearings are scheduled as follows: Counsel Only Telephone Status Conference set for 2/3/2026 at 9:30 AM, Final Pretrial Conference set for 3/4/2026 at 1:30 PM, and Jury Trial for set 3/23/2026 at 8:30 AM. The parties request the court exclude time under the Speedy Trial Act in the interest of justice to allow the defendant to be fully informed before making a decision of how to proceed. (jmk) |
| 01/06/2026 | | NOTICE OF CANCELLATION OF HEARING as to Ryan S Schroeder. The Counsel Only Telephone Scheduling Conference set for 1/6/2026 at 09:30 AM by Telephone before Judge Byron B Conway is removed from the court's calendar. The clerk is to schedule further proceedings with counsel. (cc: all counsel) (jmk) |

| | | |
|---|---|---|
| 12/12/2025 | | NOTICE OF HEARING as to Ryan S Schroeder. Counsel Only Telephone Scheduling Conference set for 1/6/2026 at 09:30 AM by Telephone before Judge Byron B Conway. The parties shall call the court Zoom telephone conference line at **669−254−5252**, use **Meeting ID: 161 6681 4793**, press # to bypass Participant ID, and enter **Passcode: 369231** to join the call. To ensure a clear record of the hearing, participants should not use a speaker phone. Participants shall call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. If you have any questions, please contact the Clerk at 920−301−4316. (cc: all counsel) (jmk) |
| 12/11/2025 | 24 | DECISION AND ORDER signed by Judge Byron B Conway on 12/11/2025 denying 11 Motion to Suppress as to Ryan S Schroeder (1). (cc: all counsel) (djo) |
| 12/04/2025 | 23 | RESPONSE by USA as to Ryan S Schroeder re 11 MOTION to Suppress *Statements and Evidence* (Humble, Daniel) |
| 11/20/2025 | 22 | BRIEF by Ryan S Schroeder in Support re 11 MOTION to Suppress *Statements and Evidence Supplemental Brief* (Luczak, Jason) |
| 11/20/2025 | 21 | BRIEF in Opposition by USA as to Ryan S Schroeder re 11 MOTION to Suppress *Statements and Evidence* (Humble, Daniel) |
| 11/20/2025 | | Case no longer referred to Magistrate Judge Stephen C Dries. Judge Conway is handling the motion to suppress, ECF No. 11 , and no other motions were filed before the extended pretrial motions deadline, see ECF No. 10 . (oh) |
| 11/14/2025 | 20 | TEXT ONLY ORDER signed by Judge Byron B Conway on 11/14/2025: The unopposed motion for an extension of time (ECF No. 19 ) is GRANTED. The parties' initial post−hearing briefs are due no later than November 20, 2025. (cc: all counsel) (jmk) |
| 11/14/2025 | 19 | Unopposed MOTION to Modify *Briefing Schedule* by Ryan S Schroeder.(Luczak, Jason) |
| 10/24/2025 | 18 | TRANSCRIPT of Evidentiary Hearing as to Ryan S Schroeder held on 10/20/2025, before Judge Byron Conway. Court Reporter/Transcriber Thomas A. Malkiewicz, Contact at 414−290−2642. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 11/17/2025. Redacted Transcript Deadline set for 12/1/2025. Release of Transcript Restriction set for 1/26/2026. (Malkiewicz, Thomas) |
| 10/20/2025 | 17 | EXHIBITS Received for USA and Ryan S Schroeder; Exhibit List filed. (Attachments: # 1 Exhibit List) (kwf) (Entered: 10/21/2025) |
| 10/20/2025 | 16 | Minute Entry for proceedings held before Judge Byron B Conway: Evidentiary Hearing as to Ryan S Schroeder held on 10/20/2025 re: 11 Motion to Suppress Statements and Evidence. The court sets the following deadlines: transcript to be completed in 10 days; briefs due 21 days from receipt of the transcript; responses, if any, must be limited to 4 pages and are due 14 days thereafter. (Court Reporter: Tom Malkiewicz; Tape Number: 102025) (kwf) (Entered: 10/21/2025) |
| 10/07/2025 | 15 | |

| | | |
|---|---|---|
| | | ORDER with APPLICATION for Writ of Habeas Corpus for Prosecution as to Ryan S Schroeder signed by Magistrate Judge Tiffany E Woelfel on 10/7/2025; Attached Writ Issued . (Attachments: # 1 Writ Issued) (cc: all counsel) (jm) |
| 10/07/2025 | | NOTICE OF RESCHEDULED HEARING as to Ryan S Schroeder. The Evidentiary Hearing set for 10/7/2025 at 2:00 p.m. is RESCHEDULED for 10/20/2025 at 01:30 PM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway. (cc: all counsel) (jmk) |
| 09/26/2025 | 14 | LETTER from AUSA Humble *Regarding Audio and Video for Hearing* (Humble, Daniel) |
| 09/25/2025 | 13 | ORDER with APPLICATION for Writ of Habeas Corpus for Prosecution as to Ryan S Schroeder signed by Magistrate Judge Tiffany E Woelfel on 9/25/2025; Attached Writ Issued. (Attachments: # 1 Writ) (cc: all counsel) (kwf) |
| 09/08/2025 | | NOTICE OF HEARING as to Ryan S Schroeder. Evidentiary Hearing re: 11 Motion to Suppress set for 10/7/2025 at 02:00 PM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge Byron B Conway. (cc: all counsel)(jmk) |
| 09/05/2025 | 12 | ORDER as to Ryan S Schroeder signed by Judge Byron B Conway on 9/5/2025. Based on the parties' agreement that factual disputes exist which necessitate an evidentiary hearing to resolve, the parties' request is granted. The evidentiary hearing will be before this court rather than referring the matter to Magistrate Judge Dries for a report and recommendation. (cc: all counsel) (jmk) |
| 09/04/2025 | 11 | MOTION to Suppress *Statements and Evidence* by Ryan S Schroeder. (Attachments: # 1 Defendant's Ex. 1000)(Luczak, Jason) |
| 09/03/2025 | 10 | TEXT ONLY ORDER signed by Magistrate Judge Stephen C Dries on 9/3/2025. For the reasons stated therein, and for good cause shown, the court GRANTS the defendant's motion to modify the scheduling order, ECF No. 9 , and AMENDS the pretrial order as follows: The parties may have until **9/4/2025**, to file pretrial motions; responses due by **9/15/2025**; and replies due by **9/22/2025**. Further, I find under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. I make this finding because, taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation. The court excludes from calculation under the Speedy Trial Act the period from September 9, 2025, through September 4, 2025. (cc: all counsel) (oh) |
| 09/02/2025 | 9 | Second MOTION to Modify *Scheduling Order* by Ryan S Schroeder.(Luczak, Jason) |
| 08/27/2025 | 8 | TEXT ONLY ORDER signed by Magistrate Judge Stephen C Dries on 8/27/2025. For the reasons stated therein, and for good cause shown, the court GRANTS the defendant's motion to modify the scheduling order, ECF No. 7 , and AMENDS the pretrial order, ECF No. 6 , as follows: The parties may have until **9/2/2025**, to file pretrial motions; responses due by **9/12/2025**; and replies due by **9/17/2025**. Further, I find under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. I make this finding because, taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation. The court excludes from calculation under the Speedy Trial Act the period from |

| | | |
|---|---|---|
| | | August 26, 2025, through September 2, 2025. (cc: all counsel) (oh) |
| 08/26/2025 | 7 | MOTION to Modify *Scheduling Order* by Ryan S Schroeder.(Luczak, Jason) |
| 07/10/2025 | 6 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Counsel Only Telephonic Scheduling Conference as to Ryan S Schroeder held on 7/10/2025. Court sets briefing schedule. Motions due by 8/26/2025, Responses due by 9/5/2025, Replies due by 9/13/2025. Court makes a Speedy Trial Finding. The time from today until August 26, 2025 is excluded under the Speedy Trial Act (Court Reporter Zoom) (amb) |
| 07/02/2025 | | NOTICE OF CANCELLATION OF HEARINGS as to Ryan S Schroeder. The Final Pretrial Conference scheduled for July 23, 2025 at 1:00 p.m. and the Jury Trial scheduled for August 4, 2025 at 8:30 a.m. are removed from the court's calendar due to the case being complex and before Magistrate Judge Stephen C Dries for a scheduling conference. (cc: all counsel) (jmk) |
| 06/05/2025 | 5 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Counsel Only Scheduling Conference as to Ryan S Schroeder held on 6/5/2025. Parties discuss status of case. Counsel Only Scheduling Conference set for 7/10/2025 at 09:30 AM by Zoom Teleconference before Magistrate Judge Stephen C Dries. The parties shall call the courts Zoom conference line at 669−254−5252 and use meeting ID 161 4125 0515 and passcode 414014 to join the call. (Court Reporter Zoom) (amb) |
| 05/30/2025 | | NOTICE OF HEARING as to Ryan S Schroeder. Counsel Only Scheduling Conference set for 6/5/2025 at 09:00 AM by Zoom Teleconference before Magistrate Judge Stephen C Dries. The parties shall call the courts Zoom conference line at 669−254−5252 and use meeting ID 161 4125 0515 and passcode 414014 to join the call. (cc:all counsel)(amb) |
| 05/27/2025 | 4 | Minute Entry for proceedings held before Magistrate Judge Tiffany E Woelfel: Arraignment as to Ryan S Schroeder (1) Counts 1−2 held on 5/27/2025. Defendant advised of rights, charges, penalties and fines. Court orders GJ materials disclosed no later than 1 business day prior to trial. Case referred to Magistrate Judge Stephen C Dries. Speedy Trial Date: 8/5/2025. Motions due by 6/11/2025. Responses due by 6/23/2025. Replies due by 6/30/2025. Final Pretrial Conference set for 7/23/2025 at 1:00 PM before Judge Byron B Conway. Jury Trial set for 8/4/2025 at 8:30 AM before Judge Byron B Conway. Detainer lodged. **After setting the case schedule, the court GRANTED an oral motion for complex designation. Case designated complex. The court refers the matter to Magistrate Judge Stephen C Dries for a pretrial scheduling conference.**<br><br>The court ORDERS that pursuant to Federal Rule of Criminal Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. (Tape #Zoom 052725) (kwf) (Entered: 05/28/2025) |
| 05/23/2025 | 3 | NOTICE OF ATTORNEY APPEARANCE: Jason D Luczak appearing for Ryan S Schroeder as Retained Counsel (Luczak, Jason) |
| 05/23/2025 | 2 | PRETRIAL SERVICES REPORT − BOND STUDY (Restricted) filed by US Pretrial Office as to Ryan S Schroeder (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Parties allowed to view this |

| | | |
|---|---|---|
| | | document may do so by logging in.) (at) |
| 05/22/2025 | | NOTICE OF HEARING as to Ryan S Schroeder. Arraignment set for 5/27/2025 at 02:00 PM by Video Conference before PT Magistrate Judge Tiffany E Woelfel. The court will make a record at the hearing of defendants consent to proceed by video. Counsel for the Government and the Defendant: (1) must notify any interested family members or victims and provide the Zoom Video Conference or Telephone information to them and (2) must contact the Office of the Clerk at least 24 hours prior to the hearing if family members or victims wish to address the court at the hearing. Members of the public or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920−884−3720 if they wish to listen to the court proceeding. If the defendant does not consent to proceed by video, counsel should notify the Clerk at wied_clerks_gb@wied.uscourts.gov and an in−person hearing will be scheduled. (cc:all counsel; Zoom info issued to all parties and Manitowoc Co Jail)(mav) |
| 05/20/2025 | 1 | INDICTMENT as to Ryan S Schroeder (1) count(s) 1−2. (Attachments: # 1 Sealed Unredacted Indictment, # 2 Sealed Information Sheet) (lh) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.

Case No. 25-cr-103

RYAN S. SCHROEDER,

*Defendant.*

---

**NOTICE OF APPEAL**

---

Notice is hereby given, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(i), that defendant Ryan S. Schroeder appeals to the United States Court of Appeals for the Seventh Circuit from the judgment of conviction and sentence entered on June 24, 2026, in the United States District Court for the Eastern District of Wisconsin, the Honorable Byron B. Conway presiding.

Dated this 1st day of July, 2026.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By:
*/s/ Jason D. Luczak*
JASON D. LUCZAK
State Bar No. 1070883
Email: jluczak@grgblaw.com
Attorneys for Defendant

POST OFFICE ADDRESS:
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

*Plaintiff,*

Case No. 25-cr-103

vs.

RYAN S. SCHROEDER,

**DOCKETING STATEMENT**

*Defendant.*

---

## I. JURISDICTION OF THE DISTRICT COURT

The District Court had jurisdiction as a criminal action arising under the laws of the United States pursuant to 18 U.S.C. § 2251(a).

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final judgment of the U.S. District Court for the Eastern District of Wisconsin, Green Bay Division, entered on June 24, 2026, by the Honorable Byron B Conway. (Dkt. 43). The United States Court of Appeals has jurisdiction to decide this case pursuant to 18 U.S.C. § 3742(a), 28 U.S.C. § 1291, Federal Rule of Criminal Procedure 11(a)(2), and Federal Rule of Appellate Procedure 4(b).

The Notice of Appeal was filed with the District Court on this 1st day of July, 2026.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2026.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By:

*/s/ Jason D. Luczak*
JASON D. LUCZAK
State Bar No. 1070883
Email: jluczak@grgblaw.com
Attorneys for Defendant

POST OFFICE ADDRESS:
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

RYAN S. SCHROEDER

## JUDGMENT IN A CRIMINAL CASE

Case Number: 25-CR-103
USM Number: 93582-511

Jason Luczak
Defendant's Attorney

Daniel Humble
Assistant United States Attorney

THE DEFENDANT pled guilty to count 1 of the indictment. The Defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Concluded | Count |
|---|---|---|---|
| **18 U.S.C. § 2251(a)** | **Production of Child Pornography** | **August 23, 2023** | **1** |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All remaining counts are dismissed upon motion of the United States.

IT IS ORDERED, that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

Date Sentence Imposed: June 23, 2026

s/ Byron B. Conway
United States District Judge

Date Judgment Entered: June 24, 2026

DEFENDANT: RYAN S. SCHROEDER
CASE NUMBER: 25-CR-103

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of three hundred and twenty-two (322) months as to count one of the indictment. This court's sentence is to be served concurrent with the anticipated sentence in Manitowoc County Circuit Court case number 2025CF000250. This sentence begins forthwith, June 14,2026.

☒ The court orders the following condition of confinement:
The defendant is to have no contact with the victims while serving his prison sentence.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ____________________________________________ with a certified copy of this judgment.

______________________________________________
United States Marshal

______________________________________________
By: Deputy United States Marshal

DEFENDANT: RYAN S. SCHROEDER
CASE NUMBER: 25-CR-103

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of life as to count one of the indictment.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess or use a controlled substance.
   ☐ You must submit to one drug test within 15 days of release from imprisonment and two tests within one year from the commencement of supervision. *(check if applicable)*
   ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. *(check if applicable)*
3. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3363 and 3363A or any other statute authorizing a sentence of restitution. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☒ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached pages.

DEFENDANT: RYAN S. SCHROEDER
CASE NUMBER: 25-CR-103

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You shall report to the probation office in the district to which you are released within 72 hours of your release from the custody of the Bureau of Prisons and shall report to the probation officer in a manner and frequency as reasonably directed by the Court or probation officer.
2. You shall not leave the State of Wisconsin without permission of the court or probation officer.
3. You shall answer truthfully all inquiries by the probation officer, subject to your Fifth Amendment right against self-incrimination, and follow the reasonable instructions of the probation officer.
4. You shall use your best efforts to support your dependents.
5. You shall use your best efforts to find and hold lawful employment, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. You shall notify the probation officer at least ten days prior to any change in your place of residence or employment. When such notification is not possible, you shall notify the probation officer within 72 hours of the change.
7. You shall not knowingly go to places or enter buildings where controlled substances are unlawfully sold, used, distributed, or administered.
8. You shall not associate with any persons known by you to be engaged or planning to be engaged in criminal activity. "Associate," as used here, means reside with or regularly socialize with such person.
9. You shall permit a probation officer to visit you at reasonable times at home and shall permit confiscation of any contraband observed in plain view of the probation officer.
10. You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

DEFENDANT: RYAN S. SCHROEDER
CASE NUMBER: 25-CR-103

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall have no contact with the victims (including letters, communication devices, audio or visual devices, visits, or any contact through a third party) without prior written consent of his supervising probation officer.
2. The defendant shall submit his person, property, house, residence, vehicle, office, papers, computers, other electronic communications or data storage devices, or media, to a search conducted by the United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of their release and that the areas to be searched may contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
3. The defendant shall not have intentional one on one contact with any children under the age of 18 unless approved in advance, in writing, by his probation officer, and then only in the physical presence of a responsible adult who has been advised of the defendant’s criminal history of inappropriate contact with minors, and shall report within 8 hours to the probation office any unauthorized contact with children.
4. The defendant shall participate in an approved program of sex offender mental health assessment and treatment, until such time as he is released from the program by his supervising probation officer. This assessment and treatment may include the polygraph to assist in planning and case monitoring. Any refusal to submit to such assessment, treatment or testing as scheduled is a violation of the conditions of supervision. The defendant shall waive confidentiality between his supervising probation officer and the sex offender treatment provider and pay the cost of this program under the guidance of his probation officer.
5. The defendant shall cooperate with and participate in a computer and internet monitoring and restriction program, and pay the cost of such program as directed. The defendant shall not possess or use any device with access to the internet without the permission of his supervising probation officer and absent the monitoring program, nor shall he possess or use any data encryption or data erasure technique or program. The defendant shall provide his supervising probation officer a complete inventory of all electronic and Internet capable devices, all of his computer pseudonyms, passwords, and logons. The defendant shall consent to his supervising probation officer conducting periodic unannounced examinations of his computer(s) equipment, which may include hardware, removable storage/media devices, and copying of all data from the computer(s). This also includes removal of such equipment by his supervising probation officer, when necessary, for the purpose of conducting a more thorough examination.

DEFENDANT: RYAN S. SCHROEDER
CASE NUMBER: 25-CR-103

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the attached page.

| Total Special Assessment | AVAA Assessment* | JVTA Assessment** | Total Fine | Total Restitution |
|---|---|---|---|---|
| **$100.00** | $0.00 | $0.00 | $0.00 | **$8,812.68** |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If a defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

| PAYEE | AMOUNT |
|---|---|
| Brandon and Ali King<br>Maribel, WI 54227 | $8,812.68 |
| | |
| | |
| | |
| **TOTAL:** | **$8,812.68** |

☐ Restitution amount ordered pursuant to plea agreement: $_____.

☐ The defendant must pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the ☐ fine ☐ restitution.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

DEFENDANT: RYAN S. SCHROEDER
CASE NUMBER: 25-CR-103

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $100.00 due immediately

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal monthly installments of not less than $_____ or 10% of the defendant's net earnings, whichever is greater, until paid in full, to commence 30 days after the date of this judgment; or

**D** ☒ Payment in equal monthly installments of not less than $50.00 or 10% of the defendant's net earnings, whichever is greater, until paid in full, to commence 30 days after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within 30 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties: ______________

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution; or ☐ The defendant shall pay the following court costs:

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs