# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 2, 2026

**To:** Linda M. Klemm
  Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 26-2399

Caption:
UNITED STATES OF AMERICA,
   Plaintiff - Appellee

v.

RYAN S. SCHROEDER,
   Defendant - Appellant

District Court No: 1:25-cr-00103-BBC-1
Clerk/Agency Rep Linda M. Klemm
District Judge Byron B. Conway

Date NOA filed in District Court: 07/01/2026

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)